UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC.,<br>    1600 20th Street NW<br>    Washington, DC 20009,<br><br>STATE DEMOCRACY<br>DEFENDERS FUND,<br>    600 Pennsylvania Avenue SE<br>    #15180<br>    Washington, DC 20003,<br><br>and<br><br>AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES<br>    80 F Street NW<br>    Washington, DC 20001,<br><br>            Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP,<br>in his official capacity as President<br>of the United States,<br>    1600 Pennsylvania Avenue NW<br>    Washington, DC 20500,<br><br>and<br><br>OFFICE OF MANAGEMENT<br>AND BUDGET,<br>    725 17th Street NW<br>    Washington, DC 20503,<br><br>            Defendants. | Civil Action No. 1:25-cv-164 |

## NOTICE OF APPEARANCE

Please enter the appearance of Nicolas Sansone as counsel for plaintiffs.

                                                    Respectfully submitted,

                                                    <u>/s/ Nicolas Sansone</u>
                                                    Nicolas Sansone (DC Bar No. 1686810)
                                                    Public Citizen Litigation Group
                                                    1600 20th Street NW
                                                    Washington, DC 20009
                                                    (202) 588-7714
                                                    nsansone@citizen.org

Dated: January 20, 2025                      *Attorney for Plaintiffs*