AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| PUBLIC CITIZEN, INC., STATE DEMOCRACY DEFENDERS FUND, and AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES | ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  1:25-cv-164 -JMC |
| v. | ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States, and OFFICE OF MANAGEMENT AND BUDGET | ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nandan M. Joshi
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:  1/21/2025
_____

/s/ Ma. Ursula Masagca
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-164

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    U.S. Attorney for D.C.

was received by me on *(date)*    1/21/2025    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   I served the U.S. attorney for D.C. by email. The service package was received and accepted with a service date of January 21, 2025, as shown on the attached email.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    1/22/2025

_____
*Server's signature*

Nandan M. Joshi
_____
*Printed name and title*

Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
_____
*Server's address*

Additional information regarding attempted service, etc:

**Nandan Joshi**

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Tuesday, January 21, 2025 6:33 PM |
| **To:** | Nandan Joshi |
| **Subject:** | RE: Public Citizen v. Trump, 25-164 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Your service package has been received and accepted with a service date of January 21, 2025.  Thank you.

---

**From:** Nandan Joshi <njoshi@citizen.org>
**Sent:** Tuesday, January 21, 2025 11:25 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Public Citizen v. Trump, 25-164

Please find attached the summons and complaint filed in Public Citizen v. Trump, No. 25-164-JMC (D.D.C.).