IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00164-JMC |

NOTICE OF APPEARANCE

Please take notice that Bradley Humphreys, Senior Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the Defendants in the above-captioned matter.

Dated: January 31, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Facsimile: (202) 616-8470
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*