IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　*Defendants*. | Case No. 1:25-cv-00164-JMC |

## NOTICE OF APPEARANCE

Please take notice that Anna L. Deffebach, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for the Defendants in the above-captioned matter.

Dated: February 4, 2025　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　Deputy Director, Federal Programs Branch

　　　　　　　　　　　　　　　　*/s/ Anna L. Deffebach*
　　　　　　　　　　　　　　　　Anna L. Deffebach (DC Bar # 241346)
　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　Tel: (202) 305-8356
　　　　　　　　　　　　　　　　Facsimile:  (202) 616-8460
　　　　　　　　　　　　　　　　Email: anna.l.deffebach@usdoj.gov

*Counsel for Defendants*