UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., STATE DEMOCRACY DEFENDERS FUND, and AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, and OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendants. | Civil Action No. 1:25-cv-164-JMC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to consolidate, Plaintiffs' opposition thereto, and the full record before the Court, it is hereby

**ORDERED** that the motion is **DENIED**.

**SO ORDERED**.

Dated: February ____, 2025                                             _____