IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-00164 |
| JERALD LENTINI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-00166 |
| AMERICAN PUBLIC HEALTH ASSOCIATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET <br><br> *Defendants*. | Case No. 1:25-cv-00167 |

**MOTION TO ADMIT SKYE L. PERRYMAN *PRO HAC VICE***

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Skye L. Perryman, *pro hac vice*, as counsel for Plaintiffs American Public Health Association; American Federation of Teachers; Minority Veterans of America; VoteVets Action Fund; the Center for Auto Safety, Inc.; and Citizens

for Responsibility and Ethics in Washington in this proceeding, pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Ms. Perryman is a member in good standing of the Bar of the District of Columbia. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Ms. Perryman possesses the character and skills required of a member of the Bar of this Court.

      Accordingly, the undersigned respectfully requests admission of Skye L. Perryman *pro hac vice* as representative of Plaintiffs in this proceeding.

| | |
|---|---|
| Dated: February 21, 2025 | Respectfully submitted, |
| | */s/ Benjamin Seel* |
| | Benjamin Seel (D.C. Bar No. 1035286) |
| | DEMOCRACY FORWARD FOUNDATION |
| | P.O. Box 34553 |
| | Washington, D.C. 20043 |
| | Telephone: (202) 448-9090 |
| | Fax: (202) 796-4426 |
| | bseel@democracyforward.org |

*Counsel for Plaintiffs American Public Health Association, American Federation of Teachers, Minority Veterans of America, VoteVets Action Fund, the Center for Auto Safety, Inc., and Citizens for Responsibility and Ethics in Washington*