## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00164 |
| DONALD J. TRUMP, *et al.*, | |
| *Defendants.* | |
| | |
| JERALD LENTINI, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00166 |
| DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, | |
| *Defendants.* | |
| | |
| AMERICAN PUBLIC HEALTH ASSOCIATION, et al., | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00167 |
| OFFICE OF MANAGEMENT AND BUDGET | |
| *Defendants*. | |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for admission of attorney Skye L. Perryman *pro hac vice* and the supporting materials, the motion is hereby GRANTED.


DATED:                                                                    _____

JIA M. COBB
United States District Judge