IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00164 |
| JERALD LENTINI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00166 |
| AMERICAN PUBLIC HEALTH ASSOCIATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET <br><br> *Defendants*. | Case No. 1:25-cv-00167 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b), the undersigned, Benjamin Seel, respectfully notices the withdrawal of his appearance as counsel to Plaintiffs American Public Health Association, American

Federation of Teachers, Minority Veterans of America, VoteVets Action Fund, Center for Automotive Safety, and Citizens for Responsibility and Ethics in Washington in the above-captioned matter. Plaintiffs will continue to be represented by other counsel of record.

Dated: February 23, 2025

Respectfully submitted,

*/s/ Benjamin Seel*
Benjamin Seel (D.C. Bar No. 1035286)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
bseel@democracyforward.org

*Counsel for Plaintiffs*