# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00164 |
| JERALD LENTINI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00166 |
| AMERICAN PUBLIC HEALTH ASSOCIATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET <br><br> *Defendants*. | Case No. 1:25-cv-00167 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: American Public Health Association; American Federation of Teachers; Minority Veterans of America; VoteVets Action Fund; the Center for Auto Safety, Inc.; and Citizens for Responsibility and Ethics in Washington.

Dated: February 24, 2025                    Respectfully submitted,

*/s/ Skye L. Perryman*
Skye L. Perryman (Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
sperryman@democracyforward.org

*Counsel for Plaintiffs American Public Health Association, American Federation of Teachers, Minority Veterans of America, VoteVets Action Fund, the Center for Auto Safety, Inc., and Citizens for Responsibility and Ethics in Washington*