UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERALD LENTINI, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-00166 (JMC) |
| | * | |
| DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-00167 (JMC) |
| | * | |
| OFFICE OF MANAGEMENT AND BUDGET, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION OF Plaintiffs' Motion to Expedite Briefing and Adjudication of Their Motion for Expedited Discovery, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Defendants shall file their opposition to Plaintiffs' Motion for Expedited Discovery no later than 12:00 PM on March 6, 2025; and

**FURTHER ORDERED** that Plaintiffs shall file any reply, if necessary, no later than 12:00 PM on March 7, 2025.

_____
JIA M. COBB
United States District Judge