**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JERALD LENTINI, *et al.*,          *
                                   *
    Plaintiffs,          *
                                   *
    v.                   *          Civil Action No. 1:25-cv-00166 (JMC)
                                   *
DEPARTMENT OF GOVERNMENT           *
EFFICIENCY, *et al.*,              *
                                   *
    Defendants.          *
                                   *
**********************************    *
                                   *
AMERICAN PUBLIC HEALTH             *
ASSOCIATION, *et al.*,             *
                                   *
    Plaintiffs,          *
                                   *
    v.                   *          Civil Action No. 1:25-cv-00167 (JMC)
                                   *
OFFICE OF MANAGEMENT AND           *
BUDGET, *et al.*,                  *
                                   *
    Defendants.          *
                                   *
*    *    *    *    *    *    *    *    *    *    *    *    *

## <u>NOTICE OF DEFENDANTS' POSITION</u>

One minute after the undersigned filed Plaintiffs' Motion to Expedite Briefing and

Adjudication of Their Motion for Expedited Discovery, Dkt. #23, he received an email from

Defendants' counsel (which had apparently been sent while he was filing the motion), which

stated: "Defendants would oppose a motion for an accelerated briefing schedule, and we would

request that, in your motion, when you note Defendants' opposition, to also add that Defendants

intend to file a response to your motion for an accelerated briefing schedule within 48 hours."

The *Lentini* Plaintiffs respectfully maintain that Defendants should not be allowed to unilaterally moot the relief requested in the motion to expedite by responding to it a day after a response to the underlying motion for expedited discovery is requested, but they will not press this point.

Date:   March 5, 2025

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for* Lentini *Plaintiffs*