IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00164-JMC |
| JERALD LENTINI, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00166-JMC |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00167-JMC |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' motion to expedite briefing and adjudication of their motion for expedited discovery, ECF No. 23, and Defendants' opposition thereto, the Plaintiffs' motion is DENIED. Defendants' response to Plaintiffs' motion for expedited discovery shall be filed

on or before March 17, 2025.

    SO ORDERED.


Dated: _____        _____
                                                                                    Hon. Jia M. Cobb
                                                                                    United States District Judge