**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00164-JMC |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00167-JMC |
| JERALD LENTINI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00166-JMC |

**JOINT NOTICE OF AVAILABILITY FOR A HEARING
ON PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

Pursuant to the Court's Minute Order of March 6, 2025, Plaintiffs Jerald Lentini, Joshua Erlich, and National Security Counselors and Defendants respectfully inform the Court of their mutual availability for a hearing on Plaintiffs' motion for expedited discovery, ECF No. 20, should the Court determine that such a hearing would be appropriate and helpful, at the following dates and times:

March 20, 2025: 11:00am-2:00pm[1]

March 21, 2025: 12:00pm-4:00pm[2]

DATED: March 11, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Anna L. Deffebach*
ANNA L. DEFFEBACH (D.C. Bar. No. 241346)
Trial Attorney
BRADLEY P. HUMPHREYS (D.C. Bar No. 988057)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-8356
Facsimile: (202) 616-8470
Anna.L.Deffebach@usdoj.gov

*Counsel for Defendants*

---

[1] Counsel for Plaintiffs is available for a virtual hearing during this entire window but is only available for an in-person hearing from 11:00am-1:00pm.

[2] Counsel for Plaintiffs is available for a virtual hearing during this entire window but is only available for an in-person hearing from 1:00pm-4:00pm.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for* Lentini *Plaintiffs*