**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00164-JMC |
| JERALD LENTINI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF GOVERNMENT EFFICIENCY *t al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00166-JMC |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *e*, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00167-JMC |

**JOINT MOTION FOR A BRIEFING SCHEDULE**

Plaintiffs Jerald Lentini *et al.*, and American Public Health Association *et al.*, and Defendants hereby jointly move the Court to enter an order setting out a briefing schedule for Defendants' forthcoming Motion to Dismiss. In support of this motion, the parties state as follows:

1. On January 20, 2025, Plaintiffs filed the Complaints in these cases. *See Lentini, et al. v. Department of Government Efficiency, et al.*, No. 1:25-cv-00166-JMC, ECF No. 1; *American Public Health Association (APHA), et al. v. Office of Management and Budget, et al.*, No. 1:25-cv-00167-JMC, ECF No. 1.[1]

2. In both of these cases, Plaintiffs contend that the Department of Government Efficiency (DOGE) is an advisory committee within the meaning of the Federal Advisory Committee Act (FACA), 5 U.S.C. §§ 1001 *et seq.*, and that the requirements of that statute have not been satisfied.

3. On February 13, 2025, the *Lentini* Plaintiffs filed a First Amended Complaint. *Lentini, et al. v. Department of Government Efficiency, et al.*, No. 1:25-cv-00166-JMC, ECF No. 10. The *APHA* Plaintiffs have not filed an Amended Complaint, but may do so in the future.

4. On February 18. 2025, this Court consolidated the above-captioned cases. *See* Minute Order, Feb. 18. 2025.

5. The parties have conferred and jointly propose the following schedule for the Court's approval:

    - Defendants' Motion to Dismiss shall be filed on or before April 11, 2025.

---

[1] A third case, consolidated with the above two cases, *Public Citizen, Inc., et al. v. Trump, et al.*, No. 1:25- cv-00164-JMC, has been voluntarily dismissed by its Plaintiffs. *See* ECF No. 21.

2

- Plaintiffs' Oppositions to Defendants Motion to Dismiss, if any, shall be filed on or before May 13, 2025.

- Defendants' Reply in Support of their Motion to Dismiss, if any, shall be filed on or before May 28, 2025. [2]

Accordingly, it is respectfully requested that the Court enter the proposed briefing schedule. [3] A proposed order to this effect is attached herewith.

DATED:  March 13, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Anna L. Deffebach
ANNA L. DEFFEBACH (D.C. Bar. No. 241346)
Trial Attorney
BRADLEY P. HUMPHREYS (D.C. Bar No. 988057)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-8356
Facsimile: (202) 616-8470
Anna.L.Deffebach@usdoj.gov

*Counsel for Defendants*

/s/ Nikhel S. Sus
Nikhel S. Sus (D.C. Bar No. 1017937)

---

[2] The *APHA* Plaintiffs respectfully reserve their right to amend their complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), and their agreement to the foregoing briefing schedule should not be construed otherwise.

[3] Counsel for the *Lentini* Plaintiffs has indicated an intention to file a motion for a preliminary injunction. *See* ECF No. 20. This briefing schedule does not include a schedule for briefing that motion.

Donald K. Sherman (N.Y. Bar No. 4636742)*
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org
dsherman@citizensforethics.org

Robin F. Thurston (D.C. Bar No. 462679)
Aman T. George (D.C. Bar No. 1028446)
Skye L. Perryman (D.C. Bar No. 984573)*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
rthurston@democracyforward.org
ageorge@democracyforward.org
sperryman@democracyforward.org

*Admitted *pro hac vice*

*Counsel for* APHA *Plaintiffs*

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for* Lentini *Plaintiffs*

4