**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00164-JMC |
| JERALD LENTINI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF GOVERNMENT EFFICIENCY *t al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00166-JMC |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *e*, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00167-JMC |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for a Briefing Schedule, it is hereby ORDERED that the motion is GRANTED:

- Defendants' Motion to Dismiss shall be filed on or before April 11, 2025.

- Plaintiffs' Oppositions to Defendants Motion to Dismiss, if any, shall be filed on or before May 13, 2025.

- Defendants' Reply in Support of their Motion to Dismiss, if any, shall be filed on or before May 28, 2025.

SO ORDERED.

Dated: _____        _____

                                                                                    Hon. Jia M. Cobb

                                                                                    United States District Judge