

## Reply from Senator John Thune

**Office of U.S. Senator John Thune** <donotreply@thune.senate.gov>    Mar ▮, 2025
To: ▮▮▮

**JOHN THUNE**
SOUTH DAKOTA

United States Senate
WASHINGTON, DC 20510–4105

**COMMITTEES**
AGRICULTURE, NUTRITION & FORESTRY
COMMERCE, SCIENCE & TRANSPORTATION
FINANCE

http://www.thune.senate.gov

March ▮, 2025

▮▮▮
▮▮▮
▮▮▮

Dear ▮▮▮:

Thank you for contacting me. I appreciate hearing from you.

On his first day in office, President Trump issued an executive order establishing the U.S. Department of Government Efficiency (DOGE) Service to eliminate waste, identify fraud, modernize federal technology and software, and maximize government efficiency and productivity. He appointed Elon Musk to head this new agency, which did not require confirmation by the U.S. Senate.

As you know, certain representatives of the DOGE Service were recently granted access to federal payment system records within the U.S. Department of the Treasury's Bureau of the Fiscal Service in an effort to identify waste, fraud, and abuse within certain federal government programs. However, due to ongoing litigation, these records are currently only accessible to Senate-confirmed appointees.

I understand the importance of ensuring federal dollars are spent as responsibly and efficiently as possible. At the same time, I recognize that there are differing views on allowing employees of the DOGE Service to access Americans' sensitive information.

As Congress continues to exercise its oversight role, I will be sure to keep your concerns in mind. If you would like additional information on my activities in the Senate, please feel free to visit my website, https://www.thune.senate.gov. You can also follow me on X, formerly known as Twitter; Facebook; and Instagram (@LeaderJohnThune). Thanks again for contacting me. Please keep in touch.

Kindest regards,

*John Thune*

JOHN THUNE
United States Senator

Ex. A