**Responding to your message**

From: Congresswoman Mariannette Miller-Meeks (ia01mmima@mail.house.gov)
To: ███████████
Date: ███, March █, 2025 at ███████

MARIANNETTE MILLER-MEEKS, M.D.
1ST DISTRICT, IOWA

# Congress of the United States
## House of Representatives
### Washington, DC 20515

March █, 2025

Dear ███████,

Thank you for contacting me to express your concern regarding the role, scope, and actions of the Department of Government Efficiency (DOGE). Views from fellow Iowans help inform and guide me in Congress, so I greatly appreciate your insight and opinion.

As you may know, DOGE is a temporary government organization created by President Donald Trump through an executive order on January 20th, 2025. The stated goal of DOGE is to root out fraud in our federal government, identify areas of potential taxpayer savings in federal agencies, and modernize the federal government's technology. On February 4th, 2025, the White House announced that Elon Musk had been granted special government employee status to serve as the de facto leader of DOGE.

While DOGE employees work inside federal agencies, they cannot restrict mandatory spending, such as Social Security, Medicare, and Medicaid benefits. The Department of the Treasury confirmed this in a memo on February 4th, 2025. Furthermore, the Treasury Department confirmed that DOGE has not accessed the personal information of any American, including individual Social Security numbers.

I understand the confusion that has arisen over the scope of DOGE. As always, my office stands by to assist you in clarifying their actions and helping answer any questions you may have. Our office and I have been in constant contact with officials at the White House to ensure clarity on how actions by DOGE may affect Iowa's 1st District. I will continue to monitor any changes and endeavor to keep you updated.

If there is anything I can do to be of assistance, or if you would like to receive my e-newsletter, please visit MillerMeeks.house.gov. You can also follow me on Facebook at facebook.com/RepMMM and on Twitter @RepMMM. Again, I thank you for your opinion and look forward to serving you. Please do not hesitate to contact my office in the future.

Sincerely,

*Mariannette J Miller-Meeks*

Mariannette Miller-Meeks, M.D.
Member of Congress

Ex. B