**TROY E. NEHLS**
22ND DISTRICT, TEXAS
NEHLS.HOUSE.GOV

WASHINGTON, D.C.
1104 LONGWORTH HOB
WASHINGTON, DC 20515
PHONE: (202) 225-5951

# Congress of the United States
## House of Representatives
### Washington, DC 20515

February ▮, 2025

▮

Dear ▮,

Thank you for contacting me. It is good to hear from you and I'm pleased to respond.

I appreciate learning of your policy concerns. Your input is critical in guiding me on how to best represent my constituents.

As you may know, President Donald J. Trump issued an executive order on January 20, 2025, which established the Department of Government Efficiency (DOGE) to implement the President's DOGE agenda. Supporters of DOGE believe that hard-working taxpayers should not be funding foreign activities that do not benefit the United States. Mr. Elon Musk is the head of DOGE, which is committed to exposing waste, fraud, and abuse within the federal government.

The President of the United States has Article II constitutional authority to appoint individuals who can help execute their vision for the federal government. Recently, President Trump designated Mr. Musk as a "special government employee," which is defined by Section 202 of Title 18 of the United States Code. President Trump's appointment of Mr. Musk is fully within his discretion and is no different from previous administrations' appointing industry experts to cabinet, advisory, or operational roles. Regardless of what the radical Left or the mainstream media spouts, there is no evidence to support that Musk or his team have unlawfully accessed or seized sensitive data. As the head of DOGE, Mr. Musk and his team will enhance government efficiency and ensure your hard-earned tax dollars are not wasted but used responsibly.

I appreciate the opportunity to work for you in Congress. Please visit nehls.house.gov, my various social media sites (@RepTroyNehls), sign up for my newsletter, and feel free to contact me in the future with any concerns you may have

Sincerely,

*[signature]*

Rep. Troy E. Nehls
Member of Congress

Ex. C