# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-00164 (JMC) |
| | * | |
| DONALD J. TRUMP, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| ************************************** | | |
| | * | |
| JERALD LENTINI, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-00166 (JMC) |
| | * | |
| DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| ************************************** | | |
| | * | |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-00167 (JMC) |
| | * | |
| OFFICE OF MANAGEMENT AND BUDGET, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| * * * * * * * | * * * * * * | |

## SECOND NOTICE OF NEW EVIDENCE

In support of their Motion for Expedited Discovery, Dkt. #20, Plaintiffs Jerald Lentini, Joshua Erlich, and National Security Counselors, Inc. hereby respectfully submit new evidence which conclusively demonstrates that expedited discovery is urgently needed to ascertain the nature of the Department of Government Efficiency and its relationship to the United States DOGE Service, of which Amy Gleason is the Acting Administrator. These Plaintiffs apologize for this submission and do not file additional paper in this case lightly, but this new evidence is of a nature which was not previously available yet is extraordinarily compelling.

On 19 March 2025, the attorneys for defendants X Corporation, X Holdings Corporation, and Elon Musk ("Musk") submitted a letter to the U.S. District Court for the District of Delaware detailing their objections to the plaintiffs' request to depose Musk. In this letter, Musk's *own private lawyers* stated: "And the presumed undue burden from a deposition is heightened because Musk is not only X Corp.'s (and other companies') highest executive, but he is a high-ranking government official. The White House has designated Musk a 'special government employee' *in charge of Establishing and Implementing the President's Department of Government Efficiency ("DOGE")*." Ltr., Dkt. #144, at 3 (filed Mar. 19, 2025), *Arnold v. X Corp.*, No. 23-528 (D. Del.) (emphasis added) (citations omitted), attached as Ex. D.

In other words, while all the previous evidence of conflicting statements about Musk's role in DOGE has come from third parties (although some, like President Trump, have been more significant than others), this is the first statement which can be directly attributed to Musk himself, since it came from his own counsel. This statement definitively demonstrates the extraordinary need for this Court to authorize the requested depositions to ascertain the exact role that Musk plays with respect to DOGE, the United States DOGE Service, and related entities.

Date:   March 22, 2025

                                              Respectfully submitted,

                                              /s/ Kelly B. McClanahan
                                              Kelly B. McClanahan, Esq.
                                              D.C. Bar #984704
                                              National Security Counselors
                                              1451 Rockville Pike
                                              Suite 250
                                              Rockville, MD  20852
                                              501-301-4672
                                              240-681-2189 fax
                                              Kel@NationalSecurityLaw.org

                                              *Counsel for* Lentini *Plaintiffs*