**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00164-JMC |
| JERALD LENTINI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF GOVERNMENT EFFICIENCY *t al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00166-JMC |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, *e*, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00167-JMC |

## **NOTICE OF APPEARANCE**

Please take notice that Samuel S. Holt, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance for all Defendants in the above-captioned consolidated cases.

Dated: April 10, 2025                           Respectfully Submitted,

*/s/ Samuel S. Holt*
SAMUEL S. HOLT (CO Bar # 59613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 674-9761
Fax: (202) 616-8460
Email: Samuel.Holt2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I certify that on April 10, 2025, I electronically filed the foregoing and thereby caused a copy to be served on counsel of record.

                                                */s/ Samuel S. Holt*
                                                SAMUEL S. HOLT