# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERALD LENTINI, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00166-JMC<br>*consolidated into* Case No. 1:25-cv-164 |
| AMERICAN PUBLIC HEALTH SSOCIATION, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00167-JMC<br>*consolidated into* Case No. 1:25-cv-164 |

## **DEFENDANTS' MOTION TO DISMISS**

    Defendants hereby move under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss with prejudice *Lentini v. DOGE*, Case No. 1:25-cv-166 and *American Public Health Association v. OMB*, Case No. 1:25-cv-167 for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. The grounds for dismissal are set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss. A proposed order is also attached.

DATED: April 11, 2025                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

BRADLEY P. HUMPHREYS
Senior Trial Counsel


*/s/ Samuel S. Holt*
SAMUEL S. HOLT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I certify that on April 11, 2025, I electronically filed this Motion and attachments and thereby caused a copy to be served on counsel of record.

                                        */s/ Samuel S. Holt*
                                        SAMUEL S. HOLT