IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERALD LENTINI, *et al.*,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-00166-JMC<br>*consolidated into* Case No. 1:25-cv-164 |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00167-JMC, *consolidated into* Case No. 1:25-cv-164 |

### NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS AMERICAN PUBLIC HEALTH ASSOCIATION, AMERICAN FEDERATION OF TEACHERS, MINORITY VETERANS OF AMERICA, VOTEVETS ACTION FUND, CENTER FOR AUTO SAFETY, INC. AND CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON

Plaintiffs American Public Health Association, American Federation of Teachers, Minority Veterans of America, VoteVets Action Fund, Center for Auto Safety, Inc. and Citizens for Responsibility and Ethics in Washington (*APHA* Plaintiffs) hereby dismiss without prejudice their claims in full against all defendants in this matter, pursuant to Fed. R. Civ. P. 41(1)(A)(i). Defendants in this matter have not served an answer or a motion for summary judgment.

For the avoidance of doubt, *APHA* Plaintiffs note that this filing is only on behalf of the Plaintiffs in the *APHA v. OMB* case consolidated into in matter, not on behalf of the plaintiffs in the remaining consolidated case, *Lentini v. DOGE*, 25-cv-166.

Dated: May 12, 2025                                      Respectfully submitted,

/s/ Aman T. George

Aman T. George (D.C. Bar No. 1028446)
Robin F. Thurston (D.C. Bar No. 462679)
Skye L. Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
ageorge@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

Donald K. Sherman (N.Y. Bar No. 4636742)
Nikhel S. Sus (D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20004
Telephone: (202) 408-5565
dsherman@citizensforethics.org
nsus@citizensforethics.org

*Counsel for Plaintiffs*