# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:25-cv-00164 (JMC) |
| DONALD J. TRUMP, *et al.*, | * | |
| Defendants. | * | |

\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\*

| | | |
|---|---|---|
| JERALD LENTINI, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:25-cv-00166 (JMC) |
| DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, | * | |
| Defendants. | * | |

\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\*

| | | |
|---|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:25-cv-00167 (JMC) |
| OFFICE OF MANAGEMENT AND BUDGET, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*     \*   \*   \*   \*   \*   \*

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

NOW COME Plaintiffs Jerald Lentini, Joshua Erlich, and National Security Counselors[1] to respectfully request a one-week extension of all future deadlines in this case. The resulting schedule would accordingly be:

Plaintiffs' Opposition to Defendants' Motion to Dismiss – 20 May 2025

Defendants' Reply in Support of Their Motion to Dismiss – 4 June 2025

Plaintiffs' Opposition is due today, 13 May 2025. Defendants consent to this Motion.

Plaintiffs have good cause to request this relief. At the time the current briefing schedule was ordered—and in fact for several weeks afterwards—the undersigned's schedule over the last two weeks was reasonably balanced. However, due to matters beyond his control, he was required to comply with several new deadlines in administrative and litigation matters last week, which severely limited his ability to work on his Opposition in this case.

This is the first extension requested for this filing. A proposed Order is attached to this Motion.

Date:   May 13, 2025

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*

---

[1] Since both of the cases with which named Plaintiffs' case was consolidated have now been voluntarily dismissed, Plaintiffs respectfully suggest that the order to consolidate should be vacated and this case should proceed under its original caption, *Lentini v. DOGE*, No. 25-166. There is no discernable purpose to maintaining the practice of citing to the other cases going forward and referring to this case as *Public Citizen v. Trump*, and it will only lead to confusion for the public.