UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JERALD LENTINI, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:25-cv-00164 (JMC) |
| DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, | * | |
| Defendants. | * | |

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

NOW COME Plaintiffs to respectfully request a two-day extension, until 22 May 2025, of their deadline to file their Opposition to Defendants' Motion to Dismiss. Plaintiffs' Opposition is due today, 20 May. Defendants consent to this Motion and request that their deadline to file their Reply be extended until 11 June due to one of their counsel's international travel, to which Plaintiffs consent. This would yield the following schedule:

Plaintiffs' Opposition to Defendants' Motion to Dismiss – 22 May 2025

Defendants' Reply in Support of Their Motion to Dismiss – 11 June 2025

Plaintiffs have good cause to request this relief. Yesterday the undersigned was rendered incapable of significant work by a severe family illness, which still is continuing to require most of his time as of this writing. While he anticipates being able to return to work tomorrow, he already has several other commitments for the day. As a result, he requests an additional two days to complete his work on this brief.

This is the second extension requested for this filing. A proposed Order is attached to this Motion.

Date:   May 20, 2025

                                              Respectfully submitted,

                                              /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*