UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JERALD LENTINI, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:25-cv-00164 (JMC) |
| DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, | * | |
| Defendants. | * | |

**PLAINTIFFS' CONSENT *NUNC PRO TUNC* MOTION FOR BRIEF CONDITIONAL ENLARGEMENT OF TIME WITHIN WHICH TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

NOW COME Plaintiffs to respectfully request a retroactive 93-minute conditional[1] extension of their deadline to file their Opposition to Defendants' Motion to Dismiss. Plaintiffs' Opposition was due at midnight on 22 May and was filed as Dkt. #39 at 1:33 AM on 23 May. Defendants consent to this Motion.

Plaintiffs have good cause to request this relief. As noted in the footnote, Plaintiffs filed an emergency motion on 21 May to stay all briefing in this case pending resolution of a Supreme Court case which has the potential to fundamentally affect this case. The undersigned waited as long as possible to continue working on Plaintiffs' opposition, to give the Court time to adjudicate that stay motion. Unfortunately, once he returned to working on the brief, he

---

[1] Plaintiffs request a "conditional extension" because they filed an emergency motion to stay all briefing on 21 May and only filed this opposition because the Court had not ruled on that motion. However, as noted in the opposition's first footnote, Plaintiffs still ask the Court to grant the stay motion and allow them to file a more detailed opposition after the Supreme Court issues its decision. Therefore, if the Court grants Plaintiffs' stay motion, Plaintiffs consent to the opposition being struck from the record, which would make this Motion moot. The Court accordingly only needs to adjudicate this Motion if it denies the stay motion.

discovered that he had underestimated the amount of time necessary to incorporate the extensive transcript quotes into the brief proper due to formatting issues. He accordingly worked steadily until he filed the brief approximately ninety minutes late.

    This is the third extension requested for this filing. A proposed Order is attached to this Motion.

Date:   May 23, 2025

                                                        Respectfully submitted,

                                                        /s/ Kelly B. McClanahan
                                                       Kelly B. McClanahan, Esq.
                                                       D.C. Bar #984704
                                                       National Security Counselors
                                                       1451 Rockville Pike
                                                       Suite 250
                                                       Rockville, MD  20852
                                                       501-301-4672
                                                       240-681-2189 fax
                                                       Kel@NationalSecurityLaw.org

                                                       *Counsel for Plaintiffs*