UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERALD LENTINI, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:25-cv-00164 (JMC) |
| DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFFS' NOTICE OF NEW EVIDENCE**

In its motion to dismiss, the Government argues that even if the group identified by Plaintiffs as the "Department of Government Efficiency ("DOGE")" exists, it is comprised solely of federal employees and therefore excluded from the Federal Advisory Committee Act ("FACA"). As has become commonplace in this litigation, this argument has been superseded by events of which the Court can take judicial notice.

Specifically, today *Politico* revealed that Steve Davis ("Davis"), the "operational head of DOGE" after Elon Musk left government service, continued to function as the *de facto* head of DOGE for over a week after the White House announced his departure:

> Not only did he remain in touch with staffers, asking for DOGE updates and making requests, he also led a DOGE meeting on the sixth floor of the General Services Administration a week after the White House had said he departed, according to two people familiar with the events granted anonymity to speak about them. At the meeting, he announced a DOGE 2.0 in which DOGE would be more collaborative with Cabinet secretaries — a proposal that never came to be, one of two people said. "He was at the GSA running the meeting like it was business as usual," the person said.

Sophia Cai, *DOGE lead Steve Davis did not go quietly* Politico (Jul. 14, 2025), *at*

https://www.politico.com/news/2025/07/14/doge-lead-steve-davis-did-not-go-quietly-00452257

(last accessed July 14, 2025).

According to *Politico*, Davis "purged those he deemed disloyal, removing people from Signal group chats with no explanation" a week after ostensibly leaving the Government. *Id.* "DOGE used its control of the GSA to push out Shea, a GSA employee who expressed concern about Davis' authority." *Id.*

While Davis was ultimately removed, the fact that this sequence of events was allowed to transpire for over a week raises legitimate questions about the practical constitution of DOGE, where only a handful of employees questioned whether they were required to take directions from a known non-Governmental employee. The Court should closely evaluate this information and demand answers to these questions before considering accepting the Government's contention that "DOGE" does not exist in the form Plaintiffs allege.

Date:   July 14, 2025

                                                    Respectfully submitted,

                                                     /s/ Kelly B. McClanahan  
                                                  Kelly B. McClanahan, Esq.  
                                                  D.C. Bar #984704  
                                                  National Security Counselors  
                                                  1451 Rockville Pike  
                                                  Suite 250  
                                                  Rockville, MD  20852  
                                                  501-301-4672  
                                                  240-681-2189 fax  
                                                  Kel@NationalSecurityLaw.org

                                                  *Counsel for Plaintiffs*