# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERALD LENTINI, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:25-cv-00164 (JMC) |
| DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully draw the Court's attention to today's opinion in *Does v. Musk*, No. 25-462 (D. Md.), in which Judge Chuang finds not once but twice that the plaintiffs had sufficiently alleged that Elon Musk was in charge of the "Department of Government Efficiency" or "DOGE," however that term was defined, as follows:

- "Musk, assisted by *his DOGE subordinates*, 'continued to exercise control over USAID systems . . . to systematically block access to all systems by USAID personnel.'" Mem. Op. at 6 (filed Aug. 13, 2025), *Does 4, 7, 22, 27, 28, & 29 v. Musk*, No. 25-462 (D. Md.), *available at* https://storage.courtlistener.com/recap/gov.uscourts.mdd.576293/gov.uscourts.mdd.576293.150.0.pdf (last accessed Aug. 13, 2025) (emphasis added).

- "Collectively, these allegations support the inference that, as *the* de facto *administrator of DOGE at the time*, Musk directed these actions." *Id.* at 42 (emphasis added).

Date:   August 13, 2025

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*