IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERALD LENTINI , *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF GOVERNMENT EFFICIENCY , *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-00164-JMC |

**NOTICE OF WITHDRAWAL OF BRADLEY P. HUMPHREYS
AS COUNSEL FOR DEFENDANTS**

  Pursuant to D.C. Local Civil Rule 83.6(b), Bradley P. Humphreys hereby withdraws his appearance as counsel for Defendants in the above-captioned case.  Mr. Humphreys is leaving the Department of Justice on August 29, 2025.  Mr. Humphreys will no longer be associated with this case.  Samuel S. Holt and Anna L. Deffebach previously entered appearances and remain as counsel for Defendants.

DATED: August 15, 2025        Respectfully submitted,

                BRETT A. SHUMATE
                Assistant Attorney General
                Civil Division

                ELIZABETH J. SHAPIRO
                Deputy Director
                Federal Programs Branch

                */s/ Bradley P. Humphreys*
                BRADLEY P. HUMPHREYS
                Senior Trial Counsel
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, N.W.

Washington, D.C. 20005
Telephone: (202) 305-0878
bradley.humphreys@usdoj.gov

*Counsel for Defendants*