IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERALD LENTINI , *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF GOVERNMENT EFFICIENCY , *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00164-JMC |

**NOTICE OF WITHDRAWAL OF ANNA DEFFEBACH
AS COUNSEL FOR DEFENDANTS**

Pursuant to Local Rule 83.6, please take notice of the withdrawal of the undersigned attorney, Anna Deffebach, as counsel for Defendant, as her employment with the Department of Justice is concluding. Defendant remains represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Dated: October 15, 2025

                                              BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            ELIZABETH J. SHAPIRO
                                            Deputy Branch Director
                                            Civil Division, Federal Programs Branch

                                            */s/ Anna Deffebach*
                                            ANNA DEFFEBACH (D.C. Bar No. 241346)
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, NW

Washington, DC 20005
Phone: (202) 305-8356
Fax: (202) 616-8470
E-mail: Anna.L.Deffebach@usdoj.gov

*Counsel for Defendants*