UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JERALD LENTINI, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:25-cv-00164 (JMC) |
| DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*, | * | |
| | * | |
| Defendants. | * | |

## **PLAINTIFFS' NOTICE OF NEW EVIDENCE**

Plaintiffs respectfully draw the Court's attention to an article in *WIRED* from 2 December 2025, discussing how the "Department of Government Efficiency" or "DOGE" has transformed over the course of this litigation. Makena Kelly & Vittoria Ellitt, *DOGE Isn't Dead. Here's What Its Operatives Are Doing Now*, WIRED (Dec. 2, 2025), *available at* https://www.wired.com/story/what-is-doge-doing-now/ (last accessed Dec. 7, 2025) [hereinafter *DOGE Isn't Dead*]. In brief, this article reveals that, rather than being housed in the United States DOGE Service or agency "DOGE Teams," "DOGE affiliates are scattered across the federal government working as developers, designers, and even leading agencies in powerful roles." *Id.* An unspecified agency employee described the phenomenon as, "They are in fact burrowed into the agencies like ticks." *Id.* At the same time, many of them still claim to be affiliated with DOGE. *Id.*

In other words, these DOGE members are behaving like a federal advisory committee, comprised of representatives from numerous different agencies and the Executive Office of the President. Furthermore, this reporting supplements the 13 August 2025 opinion by Judge Chuang

cited in the previous Notice of Supplemental Authority, in which he found that Elon Musk ("Musk") was acting as "the *de facto* administrator of DOGE." Mem. Op. at 42 (filed Aug. 13, 2025), *Does 4, 7, 22, 27, 28, & 29 v. Musk*, No. 25-462 (D. Md.), *available at* https://storage.courtlistener.com/recap/gov.uscourts.mdd.576293/gov.uscourts.mdd.576293.150.0.pdf (last accessed Aug. 13, 2025). The article reports that Musk was still speaking for DOGE as recently as October, after resigning as a Special Government Employee in late May: "In an appearance on Joe Rogan's podcast in October, Musk confirmed DOGE's continuity himself. 'DOGE is still happening, by the way,' Musk told Rogan. 'DOGE is still underway, there is still waste and fraud being cut by the DOGE team.'" *DOGE Isn't Dead*. This creates the reasonable inference that Musk continues to be affiliated with DOGE as a private citizen, and, while he may no longer be the "*de facto* administrator," *id.*, he is clearly still a member of DOGE, which defeats the Government's argument that DOGE is comprised solely of Government employees.

      Given the ongoing transformation of DOGE and the increasing probability that evidence necessary to prosecute this case will be destroyed without judicial intervention, Plaintiffs respectfully request that the Court expedite its consideration of Defendants' Motion to Dismiss.

Date:   December 7, 2025

                                           Respectfully submitted,

                                           /s/ Kelly B. McClanahan
                                          Kelly B. McClanahan, Esq.
                                          D.C. Bar #984704
                                          National Security Counselors
                                          1451 Rockville Pike
                                          Suite 250
                                          Rockville, MD  20852
                                          501-301-4672
                                          240-681-2189 fax
                                          Kel@NationalSecurityLaw.org

                                          *Counsel for Plaintiffs*