**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JERALD LENTINI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*,<br><br>Defendants. | Case No. 25-cv-164 (JMC)<br>Case No. 25-cv-166 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss, ECF 33, is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: October 31, 2026